THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Donell Maurice Hutchinson, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2012-UP-269
 Submitted March 1, 2012  Filed May 2,
2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth
 Franklin-Best, of Columbia; and Donell Maurice Hutchinson, pro se, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Donell
 Maurice Hutchinson appeals his convictions for trafficking in cocaine and
 possession of crack cocaine, arguing the trial court erred in refusing to grant
 a mistrial after the State improperly bolstered its witnesses.  Hutchinson also
 filed a pro se brief.  After a thorough review
 of the record and all briefs pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., and HUFF and
 SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.